# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | CP12P Smartphone ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://www.coolpad.com/#/product/CP12p |



**Network**

Dual SIM (nano SIM + nano SIM + micro SD)

Network bands:

GSM B2/3/5/8

CDMA:BC0

WCDMA B1/2/5/8

TDD-LTE B34/38/39/40/41

FDD-LTE B1/3/5/7/8/20/28AB

Americas bands:

GSM B2/3/5/8

WCDMA B1/2/4/5/8

LTE B2/3/4/5/7/8/12/13/17/25/26/28AB/66

WLAN Protocol: 802.11 ac/a/b/g/n

WLAN frequency: 2.4G WiFi  | 5G WiFi

Bluetooth 5.0

RF

https://www.coolpad.com/#/product/CP12p



Internal Circuit

Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As shown below and as per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range. |



**Network**

Dual SIM (nano SIM + nano SIM + micro SD)

Network bands:

GSM B2/3/5/8

CDMA:BC0

WCDMA B1/2/5/8

TDD-LTE B34/38/39/40/41

FDD-LTE B1/3/5/7/8/20/28AB

Americas bands:

GSM B2/3/5/8

WCDMA B1/2/4/5/8

LTE B2/3/4/5/7/8/12/13/17/25/26/28AB/66

WLAN Protocol: 802.11 ac/a/b/g/n                    RF

WLAN frequency: 2.4G WiFi  l 5G WiFi

Bluetooth 5.0

https://www.coolpad.com/#/product/CP12p

## 2.1 GENERAL DESCRIPTION OF THE EUT

| | |
|---|---|
| Product Name | Smart Phone |
| Trademark | coolpad |
| Model Name | CP12p |
| Series Model | N/A |
| Model Difference | N/A |
| Channel List | Please refer to the Note 2. |
| Bluetooth | Frequency:2402 – 2480 MHz<br>Modulation: GFSK(1Mbps), π/4-DQPSK(2Mbps), 8DPSK(3Mbps) |
| Antenna Type | Please refer to the Note 3. |

Source: Test report of the accused product

### 3. Table for Filed Antenna

| Ant. | Brand | Model Name | Antenna Type | Connector | Gain (dBi) | NOTE |
|---|---|---|---|---|---|---|
| 1 | coolpad | CP12p | FPC antenna | N/A | -1.7 | BT ANT |

The antenna information provide by manufacturer, applicable only to the tested sample identified in the report.

Source: Test report of the accused product

## 2.1 GENERAL DESCRIPTION OF THE EUT

| Product Name | Smart Phone | | |
|---|---|---|---|
| Trademark | coolpad | | |
| Model Name | CP12p | | |
| Series Model | N/A | | |
| Model Difference | N/A | | |
| Product Description | The EUT is a Smart Phone | | |
| | Operation Frequency: | 802.11b/g/n: 2412~2462 MHz<br>802.11n40:2422~2452MHz | |
| | Modulation Type: | 802.11b(DSSS):CCK,DQPSK,DBPSK<br>802.11g(OFDM):BPSK,QPSK,16-QAM,64-QAM<br>802.11n(OFDM):BPSK,QPSK,16-QAM,64-QAM | |
| | Number of Channel: | 802.11b/g/n20: 11CH<br>802.11n40: 7CH | |
| | Antenna Designation: | FPC Antenna | |
| | Antenna Gain(dBi): | -1.7 | |

Source: Test report of the accused product



Source: Test report of the accused product



| | Source: Test report of the accused product |
|---|---|